# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> SHOSHONE PAIUTE TRIBES, *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:10-cv-01890-GMN-PAL <br><br> **ORDER** <br><br> (Mot. Unseal - Dkt. #5) <br> (Mot. Proceed with Complaint - Dkt. #6) <br> (Mot. Permission to Serve - Dkt. #7) |

Before the court is Plaintiffs' Motion to Unseal Case (Dkt. #5), Motion to Permit Relators to Proceed with Complaint Pursuant to Federal False Claims Act (Dkt. #6), and Motion for Permission to Serve Defendant [sic] with Summons and Complaint Pursuant to 31 U.S.C. § 3730(b)(2) (Dkt. #7). All three motions were filed in one document, but separately docketed, and filed *in camera* and under seal pursuant to provisions of the Federal False Claims Act, 31 U.S.C. § 3729 *et. seq.*

The Complaint (Dkt. #1) was filed *in camera* and under seal on October 28, 2010, and served on United States through the U.S. Attorney's Office in the District of Nevada. On January 5, 2011, the district judge granted the United States' *ex parte* motion for a 180-day extension of time to consider an election to intervene. See Order (Dkt. #3). On July 1, 2011, the United States filed a Notice of Election (Dkt. #4) indicating it was declining to intervene in this action.

Plaintiff now seeks leave to unseal the complaint, proceed with the complaint and serve the Defendants with summons and complaint.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED** Plaintiff's Motion to Unseal (Dkt. #5), Motion to Permit Relators to Proceed with Complaint Pursuant to Federal False Claims Act (Dkt. #6), and Motion for Permission to Serve

/ / /

Defendant [sic] with Summons and Complaint Pursuant to 31 U.S.C. § 3730(b)(2) (Dkt. #7) are **GRANTED**.

Dated this 12th day of December, 2011.

_____
Peggy A. Leen
United States Magistrate Judge